**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 722 MAL 2019

             Respondent            :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

             v.                       :

                                  :

CHRISTINE NAZARIO,                :

                                  :

             Petitioner              :

## ORDER

**PER CURIAM**

        **AND NOW**, this 7th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.